58 A.3d 746

Davida RAMIREZ, Petitioner,

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 165 EM 2012.

Supreme Court of Pennsylvania.

Nov. 20, 2012.

### ORDER

PER CURIAM.

AND NOW, this 20th day of November, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

---

58 A.3d 747

Theodore R. ROBINSON, Joseph F. McCabe,
Luis A. Rodriguez, Appellants

v.

STATE EMPLOYEES RETIREMENT BOARD, Appellee.

Supreme Court of Pennsylvania.

Nov. 21, 2012.

### ORDER

PER CURIAM.

AND NOW, this 21st day of November, 2012, the Order of the Commonwealth Court is AFFIRMED.